# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GULF COAST HEALTH CARE, LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 21-11336 (KBO)<br><br>Jointly Administered |
| BELFOR USA GROUP, INC.,<br><br>Plaintiff,<br><br>v.<br><br>GULF COAST HEALTH CARE, LLC,<br>NF GLEN COVE, LLC d/b/a GLENCOVE<br>HEALTH AND REHABILITATION CENTER,<br><br>Defendants. | Adversary No. 22-50355 (KBO) |

## ORDER APPROVING STIPULATION REGARDING
## SCHEDULING IN CONNECTION WITH ADVERSARY PROCEEDING

Upon the certification of counsel (the "**Certification of Counsel**")[1] of the Debtors regarding approval of the stipulation attached hereto as **Exhibit 1** (the "**Stipulation**"); and the Court having jurisdiction to consider the Certification of Counsel and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and consideration of the Certification of Counsel and the requested relief being a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and venue of this proceeding and the Certification

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Certification of Counsel.

of Counsel in this District being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court being able to issue a final order consistent with Article III of the United States Constitution; and the Court having reviewed the Certification of Counsel and the Stipulation; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

1. The Stipulation attached hereto as **Exhibit 1** is hereby approved.

2. The time within which the Debtors may file an answer, move, or otherwise respond to the Amended Complaint is hereby extended through and including August 22, 2022.

3. The Stipulation shall become effective immediately upon entry of this Order.

4. The Parties are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Stipulation.

5. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: July 14th, 2022
Wilmington, Delaware

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**