# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| GULF COAST HEALTH CARE, LLC, et al., | Case No. 21-11336 (KBO) |
| Debtors. | (Jointly Administered) |
| Belfor USA Group, Inc. | |
| Plaintiff, | |
| v. | Adv. Pro. No. 22-50355 (KBO) |
| Gulf Coast Health Care, LLC; NF Glen Cove, LLC, | **Re: D.I. 27** |
| Defendants. | |

## STIPULATION REGARDING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS AMENDED ADVERSARY COMPLAINT

The parties hereto, through their undersigned counsel, stipulate and agree that the proposed second amended briefing schedule attached hereto regarding Defendants' Motion to Dismiss Amended Adversary Complaint [D.I. 21 and 22] is in the best interest of the parties.

The parties therefore request that the Court approve the proposed amended briefing scheduling order, attached hereto.

Dated: November 2, 2022

| **COZEN O'CONNOR** | **POTTER ANDERSON & CAROON LLP** |
|---|---|
| /s/ *Simon E. Fraser* | /s/ *R. Stephen McNeill* |
| Simon E. Fraser (DE Bar No. 5335) | R. Stephen McNeill (No. 5210) |
| 1201 N. Market St., Suite 1001 | 1313 North Market Street, 6th Floor |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Telephone: (302) 295-2011 | Tel: (302) 984-6171 |
| E-mail: sfraser@cozen.com | Fax: (302) 658-1192 |
| | Email: mcneill@potteranderson.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |