# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| GULF COAST HEALTH CARE, LLC, et al., | Case No. 21-11336 (KBO) |
| Debtors. | (Jointly Administered) |
| Belfor USA Group, Inc. | |
| Plaintiff, | |
| v. | Adv. Pro. No. 22-50355 (KBO) |
| Gulf Coast Health Care, LLC; NF Glen Cove, LLC, | |
| Defendants. | **Re: D.I. 21, 22, 31** |

### THIRD AMENDED SCHEDULING ORDER REGARDING BRIEFING ON DEFENDANTS' MOTION TO DISMISS AMENDED ADVERSARY COMPLAINT

This scheduling order shall apply to the above-captioned adversary proceeding.

**IT IS HEREBY ORDERED** that:

1. The time within which the Plaintiff may respond to the Defendants' Motion to Dismiss Amended Adversary Complaint [D.I. 21 and 22] is hereby extended to and including November 30, 2022.

2. The Defendants' reply is due on or before December 14, 2022.

**Dated: November 17th, 2022**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**